527 A.2d 1007

**CIVIL SERVICE COMMISSION OF the CITY OF PHILADELPHIA, Appellant,**

v.

**Thomas A. DILLON, Appellee.**

Supreme Court of Pennsylvania.

Argued Jan. 29, 1987.

Decided July 2, 1987.

Hansel B. Minyard, City Sol., Ralph J. Teti, Div. Deputy City Sol., Kenneth Smukler, for appellant.

Benjamin Paul, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.

HUTCHINSON, J., notes his dissent.